UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                                          PLAINTIFF

VS.                                          CAUSE NO. ~~3:05CV179TSL~~
                                             4:06cv6    4:06cv12
                                             4:06cv11   4:06cv13

MISSISSIPPI MILITARY DEPARTMENT, ET AL                      DEFENDANT

### ORDER

IT IS HEREBY ORDERED that the order entered in this case on April 4, 2006 is vacated.

ORDERED this the 6th day of April, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE